AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT - 4 2019

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Stacy Elizabeth ~~Diaz~~ Escobar (Diaz BP)<br>YOB: 1999  CITIZENSHIP: United States<br><br>*Defendant(s)* | Case No. M-19-2386-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 03, 2019** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952 | did knowingly and intentionally import with the intent to distribute approximately 23.76 kilograms of methamphetamine, a Schedule II controlled substance, and approximately 2.6 kilograms of heroin, a Schedule I controlled substance. |
| 21 U.S.C. § 841 | did knowingly and intentionally possess with the intent to distribute approximately 23.76 kilograms of methamphetamine, a Schedule II controlled substance, and approximately 2.6 kilograms of heroin, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved AUSA Mike Mitchell
10-4-19

_____
*Complainant's signature*

Brian Bagnoli, U.S. H.S.I. Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 4, 2019
8:10 a.m.

_____
*Judge's signature*

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

City and state: McAllen, Texas

Attachment "A"

On October 03, 2019, Department of Homeland Security (DHS), Homeland Security Investigations (HSI), McAllen, Texas Office received information from Customs and Border Protection (CBP), Office of Field Operations (OFO) at the Hidalgo, Texas Port of Entry (POE), in reference to the seizure of approximately 23.76 kg of methamphetamine and approximately 2.6 kilograms of heroin, which were found in the muffler of a vehicle making entry into the United States from Mexico. The driver and sole occupant of the vehicle was identified as Stacy Elizabeth DIAZ Escobar.

CBP Officer L. Villareal stated the vehicle, driven by DIAZ, arrived at the primary inspection lane at approximately 1130 hours. CBP Officer Villareal advised DIAZ stated the vehicle belonged to her and she was returning from visiting her family in Mexico. CBP Officer Villareal referred the vehicle to the secondary inspection lanes. Once at secondary inspection, narcotics were located in a package hidden within the muffler in the vehicle containing a substance that field tested positive for characteristics of methamphetamine. While extracting the substance from the package, two smaller packages were found inside the larger package. The two smaller packages contained a substance that field tested positive for characteristics of heroin.

HSI McAllen Special Agent responded to assist in the investigation. During a post Miranda interview of DIAZ, DIAZ stated she arrived in Reynosa, Mexico the morning of October 3, 2019. DIAZ stated she went to a residence in Reynosa, Mexico where she retrieved a Ford F-150 to drive to Houston. DIAZ stated she believed the individual at the residence was involved in criminal activity. DIAZ stated she had a feeling that something was in the truck. DIAZ stated that in the back of her mind, she knew the car had drugs. DIAZ stated she was supposed to drop the truck off at a store in Houston.